1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

CARLOS AGUIRRE PADILLA,

CASE NO. 1:11-cv-01033-SKO PC

10

Plaintiff,

11

v.

12

C.D.C.R. MEDICAL,

13

Defendant.

14

15

ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983

(Docs. 1 and 9)

ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G)

/

16     Plaintiff Carlos Aguirre Padilla, a former state prisoner proceeding pro se and in forma

17 pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 21, 2011.[1]  On March

18 30, 2012, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff

19 to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date,

20 Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no

21 pleading on file which sets forth any claims upon which relief may be granted.

22     Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

23 HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

24 ///

25 ///

26 ///

27

28

[1] Plaintiff was incarcerated when he filed suit.

1

may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth  in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

**Dated:    May 25, 2012**                              /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE